One year (50 issues) Payable in Advance.......$15.00
Single Numbers ............................... .35

When cash is mailed to us in advance
20 per cent discount

RENEWALS, not prepaid (per mo. $1.25).......$15.00

No discount allowed after expiration date

NEW RULE, effective July 1, 1926—All delinquents for 60 days or more, discontinued without notice.

### DIGESTS and PRICES

Ternary Digest, alone ....:..................... $7.50

Subject to 20 percent, if cash paid with order

Abstract, one year, and Ternary Digest, if ordered and paid for together, net.......................$18.00

June Semi annual Digest, Free to all paid Abstract Subscribers. To non-subscribers to Abstract, net.. $1.50

December Annual Digest (Supplement to Ternary) 1926, net .................................... $3.00

To non subscribers to Abstract, net.............. $5.00

### THE LAW ABSTRACT COMPANY

Office Editorial Rooms and Library
13916 Euclid Avenue, Cleveland, O.

Address all mail communications to
P. O. Box 2455, Cleveland

### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their subscription is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

## COURTS SOON TO SIT AGAIN

Undoubtedly Lawyers and Judges, as a rule, contemplate with pleasure, that "The good old Summer Time", of their calling, for this year, will soon vamose and then a busier season for them will replace it.

Undoubtedly many members of the profession, instead of having the "blues" during the past two months, and whiling their time away, have spent much of it in delightful travel and outing, interspersed with occasional study and work, preparatory to more strenuous activities and duties they must encounter as soon as courts again convene, and they probably have been buoyed up by visions of the more copious fees and emoluments they will then particpiate in and enjoy.

Next week, with the passing of August, the lawyer's summer dullness departs largely, and a new semester of the judicial business year opens to him. After the first few days of September, comes Monday, "Labor Day", which seems to be appropriately named, so far as the lawyer is concerned, as it is a sort of summons to him, to get to work. It signals the Judges back to their "Benches", and members of Bar back to employment at the trial tables.

The Common Pleas Courts, in the populous big city counties, and in numerous smaller ones, and the Court of Appeals, in several of them, then "set". The following week ushers in these courts in many other counties. By the ides of September, these judiciaries will be open for business in many more counties, and when the last Monday of the month will have arrived, Common Pleas Courts will be in session, in about 44 of the 88 counties of the state.

The lawyerist can now begin to be of good cheer, and take courage, as this development also always accelerates business in the minor courts, and in offices where judicial business arises, and the law functions. Then, towards the last of September, the Supreme Court opens its business doors, and livens up after a somewhat long inactive period, and all is set for the lawyer to go "merrily on" again with normalcy at least.

The Abstract congratulates the profession upon the close of what might appropriately be called its comatose period, and the returning of this devoutly to be desired term for business acceleration and income production.

## Weekly Report of NEW CASES DOCKETED

### NEW CASES DOCKETED

Cent. Ohio Transit Co. v. Pub. Util. Com....... 20065
Col. Del. & Marion Elect. Co. v. P. U. C........ 20064
Mt. Zion Congreg. Church v. Harper et.......... 20060
Oakwood Real Estate Co. v. Nolte.............. 20061
Oakwood Real Estate Co. v. Symmes............ 20062
Oakwood Real Estate Co. v. Wildermuth........ 20063

#### AUG. 17, 1926

20060—Mt. Zion Congregational Church v. Rice Harper et; motion for Cuyahoga Appeals to certify. A. H. Martin, Cleveland, for pltf; W. I. Knight, and Ulmer & Berne, Cleveland, for deft.

#### AUG. 18, 1926

20061—Oakwood Real Estate Co. v. Edward H. Nolte; motion for Montgomery Appeals to certify. James & Coolidge, Dayton, for pltf; Bowman & Shively, Dayton, for deft.

20062—Oakwood Real Estate Co. v. Margaret Symmes; motion for Montgomery Appeals to certify. James & Coolidge, Dayton, for pltf; Bowman & Shively, Dayton, for deft.